IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kelvin J. Cochran )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF ATLANTA, )<br>GEORGIA and KASIM REED, )<br>MAYOR, IN HIS INDIVIDUAL )<br>CAPACITY, et al. )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO.  1:15-cv-00477-LMM |

## AMENDED SCHEDULING ORDER

The parties in this case having filed a Joint Motion to Amend Scheduling Order requesting a modification of the discovery schedule that will conserve judicial resources and provide for discovery to be focused on the issues as defined by this Court's ruling on Defendants' Motion to Dismiss and the Defendants' Answer to any claims that remain after said ruling, the Court hereby amends the discovery schedule as follows.

1) Defendants' responses to the written discovery requests already served by Plaintiff will be due thirty (30) days after the Court's Order on Defendants' pending Motion to Dismiss;

2) The discovery period relating to all discovery matters other than the written discovery requests already served by Plaintiff will commence on the day the Defendants file their Answer;

3) The discovery period will end five (5) months after the day the Defendants file their Answer;

4) Plaintiff must designate experts and, unless otherwise stipulated, submit written reports from testifying experts no later than sixty (60) days after Defendants file their Answer;

5) Defendants must designate experts and, unless otherwise stipulated, submit written reports from testifying experts no later than ninety (90) days after Defendants file their Answer;

6) Plaintiff must designate rebuttal experts and, unless otherwise stipulated, submit written reports from testifying rebuttal experts no later than one hundred twenty (120) days after Defendants file their Answer;

7) Motions to compel must be filed on or before the last day of the discovery period or within fourteen (14) days after service of the disclosure or discovery response upon which the motion is based, whichever is later;

8) Motions for summary judgment must be filed no later than thirty (30) days after the end of the discovery period; and

9) A proposed pretrial order shall be filed no later than thirty (30) days after the end of the discovery period or within thirty (30) days of the Court's ruling on any pending motion for summary judgment, whichever is later.

All other terms in the Court's previous Scheduling Order (Doc. 22) that are not specifically amended by this Order shall remain in force.

So ORDERED, this the \_\_11m\_\_ day of September, 2015.

*/s/ Leigh Martin May*
The Honorable Leigh Martin May
District Court Judge
Northern District of Georgia