# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-00477-LMM
## Cochran v. City of Atlanta, Georgia et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/14/2015.

| | |
|---|---|
| TIME COURT COMMENCED: 10:01 A.M.<br>TIME COURT CONCLUDED: 12:28 P.M.<br>TIME IN COURT: 2:27<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Montrell Vann<br>CSO/DUSM: 1 CSO<br>DEPUTY CLERK: Rebecca Bachelor |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Timothy Boughey representing City of Atlanta, Georgia<br>Timothy Boughey representing Kasim Reed<br>David Cortman representing Kelvin J. Cochran<br>Jonathan Crumly representing Kelvin J. Cochran<br>Robert Godfrey representing City of Atlanta, Georgia<br>Robert Godfrey representing Kasim Reed<br>Garland Hunt representing Kelvin J. Cochran<br>Y. Jo representing City of Atlanta, Georgia<br>Y. Jo representing Kasim Reed<br>J. Matthew Sharp representing Kelvin J. Cochran<br>Kevin Theriot representing Kelvin J. Cochran |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [11] Motion to Dismiss |
| MINUTE TEXT: | Oral argument was held on Defendants' [11] Motion to Dismiss. The Court heard from Defendants' and Plaintiff's counsel. Defendants requested permission to file supplemental briefing. The Court granted the request. Within 5 days of this hearing, Defendants shall file their supplemental brief. The brief should not exceed 10 pages. Plaintiff shall have 5 days from the date Defendants file their brief to file his response. A written order will follow. |