# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **KELVIN J. COCHRAN,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:15-cv-00477-LMM** |
| v. | ) | |
| | ) | |
| **CITY OF ATLANTA, GEORGIA;** | ) | **JURY TRIAL DEMANDED** |
| **and MAYOR KASIM REED, IN** | ) | |
| **HIS INDIVIDUAL CAPACITY** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

COMES NOW Defendants City of Atlanta and Mayor Kasim Reed ("Defendants") and, with the consent of Plaintiff Kelvin Cochran, respectfully request that the Court enter the Consent Confidentiality Protective Order attached hereto as **Exhibit A**.

Discovery in this case involves review of what Defendants contend is proprietary, and/or confidential, and/or sensitive business information and commercially private data. This case may also involve review of confidential files, personal contact information, and/or information relating to third persons not parties to this action including, but not limited to, present and/or former employees

of the City of Atlanta. Defendants could be exposed to liability and will suffer irreparable damage to relationships with and among its employees, if this information were to be disseminated. Likewise, Plaintiff could likewise suffer irreparable harm if financial and private data he contends is private and confidential is disseminated.

This case does not involve a matter of public health or safety or any other special circumstances that weigh in favor of disclosure. Accordingly, Defendants, with the express consent of Plaintiff, respectfully request that the Court enter the agreed-upon Protective Order.

Respectfully submitted this 27th day of February, 2017.

>s/ David E. Gevertz
David E. Gevertz
GA Bar No. 292430
Kathryn J. Hinton
GA Bar No. 542930
Hannah E. Jarrells, Esq.
GA Bar No. 784478
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Rd NE
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326
Phone: 404-221-6512
Fax: 678-406-8816
dgevertz@bakerdonelson.com

khinton@bakerdonelson.com
hjarrells@bakerdonelson.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that this filing complies with the font and point selections set forth in Local Rule 5.1(c).  This document has been prepared using Times New Roman font (14 point).

This 27th day of February, 2017.

s/ David E. Gevertz
David E. Gevertz
Georgia Bar # 292430
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2017, a copy of the foregoing document was served on the following via the courts ECF filing notification:

>Kevin H. Theriot, Esq.
>Alliance Defense Fund
>15100 N. 90th Street
>Scottsdale, AZ 85260
>ktheriot@alliancedefendingfreedom.org

>s/ David E. Gevertz
>David E. Gevertz
>Georgia Bar# 292430
>Attorney for Defendants