

3G Publishing, Inc.

| | | | |
|---|---|---|---|
| | Invoice Date | 06/13/2014 | |
| | Due Date | Upon Receipt | |
| | Client Purchase Order | 29067211 | |
| | My Reference | REF001 | |

# INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA  30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |
| | | Shipping & Handling | 60.72 |
| | | Tax | |
| | | **Total Due** | **$ 498.72** |

PAID

**SEND PAYMENT TO**

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA  30052

**PAYMENT INSTRUCTIONS**

**NOTES**

PL 002874



3G Publishing, Inc.

| | | Invoice Date | 01/09/2014 |
| | | Due Date | Upon Receipt |
| | | Client Purchase Order | 26759131 |
| | | My Reference | REF001 |

# INVOICE

Kelvin Cochran  
Via Email

**3G Publishing, Inc.**  
4393 Grove Lake Street  
Loganville, GA 30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |
| | Shipping & Handling | | 60.72 |
| | Tax | | |
| | **Total Due** | | **$ 498.72** |

| SEND PAYMENT TO | PAYMENT INSTRUCTIONS |
|---|---|
| **3G Publishing, Inc.**<br>4393 Grove Lake Street<br>Loganville, GA 30052 | |

NOTES



3G Publishing, Inc.

| | | Invoice Date | 11/07/2013 |
| | | Due Date | Upon Receipt |
| | | Client Purchase Order | 25861981 |
| | | My Reference | REF001 |

## INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA  30052

~~PAID~~

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |

| | |
|---|---|
| Shipping & Handling | 60.72 |
| Tax | |
| **Total Due** | **$ 498.72** |

| SEND PAYMENT TO | PAYMENT INSTRUCTIONS |
|---|---|
| **3G Publishing, Inc.**<br>4393 Grove Lake Street<br>Loganville, GA  30052 | |

NOTES

PL 002876



3G Publishing, Inc.

# INVOICE

Kelvin Cochran  
Via Email

Invoice Date 11/28/2014  
Due Date Upon Receipt  
Client Purchase Order **WEB-3175948-1**  
My Reference REF001

**3G Publishing, Inc.**  
4393 Grove Lake Street  
Loganville, GA  30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 500 | Who Told You That You Were Naked? | 3.50 | $ 1750.00 |
| | | Shipping & Handling | 171.00 |
| | | **Total Due** | 1921.00 |

**SEND PAYMENT TO**

**3G Publishing, Inc.**  
4393 Grove Lake Street  
Loganville, GA  30052

**PAYMENT INSTRUCTIONS**

NOTES

PAID

PL 002877



3G Publishing, Inc.

| | | Invoice Date | 10/02/2014 |
| | | Due Date | Upon Receipt |
| | | Client Purchase Order | WTYYWN001 |
| | | My Reference | REF001 |

# INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA  30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |
| | | Shipping & Handling | 60.72 |
| | | Tax | 21.34 |
| | | **Total Due** | **$ 520.06** |

| SEND PAYMENT TO | PAYMENT INSTRUCTIONS |
|---|---|
| **3G Publishing, Inc.**<br>4393 Grove Lake Street<br>Loganville, GA  30052 | |
| NOTES | |

PAID



3G Publishing, Inc.

| | | | | |
|---|---|---|---|---|
| | | Invoice Date | 01/05/2015 | |
| | | Due Date | Upon Receipt | |
| | | Client Purchase Order | 3222531 | |
| | | My Reference | REF001 | |

# INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA  30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 300 | Who Told You That You Were Naked? | 3.83 | $ 1149.00 |
| | | Shipping & Handling | 145.00 |
| | | **Total Due** | 1294.00 |

| SEND PAYMENT TO | PAYMENT INSTRUCTIONS |
|---|---|
| **3G Publishing, Inc.**<br>4393 Grove Lake Street<br>Loganville, GA  30052 | |

NOTES

PAID

PL 002879



3G Publishing, Inc.

| | | Invoice Date | 10/02/2014 |
| | | Due Date | Upon Receipt |
| | | Client Purchase Order | 3154483 |
| | | My Reference | REF001 |

# INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA  30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |
| | | Shipping & Handling | 60.72 |
| | | Tax | 21.34 |
| **Shipped to:** Tallahassee, Florida | | | |
| | | **Total Due** | **$ 520.06** |

| SEND PAYMENT TO | PAYMENT INSTRUCTIONS |
|---|---|
| **3G Publishing, Inc.**<br>4393 Grove Lake Street<br>Loganville, GA  30052 | |
| NOTES | |

PAID



3G Publishing, Inc.

| | Invoice Date | 11/18/2014 |
|---|---|---|
| | Due Date | Upon Receipt |
| | Client Purchase Order | 3154483 |
| | My Reference | REF001 |

# INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA 30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |
| | Shipping & Handling | | 60.72 |
| | Tax | | |
| | **Total Due** | | **$ 498.72** |

**SEND PAYMENT TO**

3G Publishing, Inc.
4393 Grove Lake Street
Loganville, GA 30052

**PAYMENT INSTRUCTIONS**

**NOTES**

PL 002881



3G Publishing, Inc.

Invoice Date 08/01/2014
Due Date Upon Receipt
Client Purchase Order 29774151 / 29774001
My Reference REF001

# INVOICE

Kelvin Cochran
Via Email

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA 30052

| Qty. | Description | Per Copy | Total |
|---|---|---|---|
| 100 | Who Told You That You Were Naked? | 4.38 | $ 438.00 |
| | Shipping & Handling | | 60.72 |
| | Tax | | |
| | **Total Due** | | **$ 498.72** |

PAID

**SEND PAYMENT TO**

**3G Publishing, Inc.**
4393 Grove Lake Street
Loganville, GA 30052

**PAYMENT INSTRUCTIONS**

**NOTES**


3G Publishing, Inc.

# INVOICE

INVOICE #325
DATE: 4/10/2015

**TO:**
**KELVIN COCHRAN**

**COMMENTS OR SPECIAL INSTRUCTIONS:**
ROYALTY STATEMENT

| QUANTITY | DESCRIPTION | PERIOD COVERED | TOTAL |
|---|---|---|---|
| 635 | Sold: Retailers – Royalties (approx. $.56 cents per copy) | 10/01/14-12/31/14 | 356.00 |
| 54 | Sold: 3G Publishing Website – Royalties (approx. $2.61 per copy) | 01/13/15-03/19/15 | 140.85 |
| 9 | Sold: Barnes & Noble - ebook (10% of sales) | 02/01/15-04/03/15 | 3.47 |
| 81 | Sold: Amazon – ebook (10% of sales) | 02/01/15-04/03/15 | 21.93 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL ROYALTIES PAID** | 522.25 |

If you have any questions concerning this invoice, contact: Myrna Gale at 404-553-1566 or at info@3gpublishinginc.com

**THANK YOU FOR YOUR BUSINESS!**