UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KELVIN J. COCHRAN**, <br><br>    Plaintiff, <br><br> vs. <br><br> **CITY OF ATLANTA, GEORGIA** <br><br>    Defendant. | Case No. 1:15-cv-00477-LMM |

## JOINT STATUS REPORT

COME NOW Plaintiff Kelvin Cochran and Defendant City of Atlanta (the "Parties") and submit this Joint Status Report.  On January 22, 2018, the Court stayed this action to allow the parties to evaluate whether they intended to attempt settlement of the case.  The Parties have conferred and concluded that settlement is not possible at this time.

Accordingly, the Parties request that the Court enter an order allowing the Parties to proceed with expert discovery regarding damages over the next sixty (60) days.  Thirty days after the conclusion of the expert discovery period, the Parties will be prepared to submit a proposed pre-trial order to the Court, unless the

1

Court prefers a different submission from the Parties at that time.  The Parties also request that the Court clarify whether the determination of damages will be made at a bench trial or hearing.  Finally, the Parties respectfully request that the Court set the bench trial and/or hearing on damages in June 2018.

Respectfully submitted this 27th day of February, 2018.

| | |
|---|---|
| *s/ Kevin Theriot* | *s/Kathryn J. Hinton* |
| Kevin Theriot, Esq. | David E. Gevertz |
| Jeana Hallock, Esq. | GA Bar No. 292430 |
| Ken Connelly, Esq. | Kathryn J. Hinton |
| David A. Cortman, Esq. | GA Bar No. 542930 |
| Alliance Defending Freedom | Hannah Jarrells |
| 1000 Hurricane Shoals Road, NE | GA Bar No. 784478 |
| Suite D-1100 | **BAKER DONELSON BEARMAN** |
| Lawrenceville, Georgia 30043 | **CALDWELL & BERKOWITZ, P.C.** |
| 480-444-0020 (Office) | 3414 Peachtree Rd NE |
| 480-444-0028 (Fax) | Monarch Plaza, Suite 1600 |
| ktheriot@ADFlegal.org | Atlanta, Georgia 30326 |
| jhallock@ADFlegal.org | Phone: 404-221-6512 |
| KConnelly@adflegal.org | Fax: 678-406-8816 |
| dcortman@alliancedefendingfreedom.org | dgevertz@bakerdonelson.com |
| | khinton@bakerdonelson.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in local rule 5.1(C) and 7.1(D).

This 27th day of February, 2018.

*s/ Kathryn Hinton*
Kathryn J. Hinton
GA Bar No. 542930

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Joint Status Report* via the Court's ECF filing notification which will automatically send an electronic copy of the foregoing to the following attorney of record for Plaintiff:

Kevin Theriot, Esq.
Jeana Hallock, Esq.
Ken Connelly, Esq.
David A. Cortman, Esq.
Alliance Defending Freedom
1000 Hurricane Shoals Road, NE
Suite D-1100
Lawrenceville, Georgia 30043

This 27th day of February, 2018.

                                           s/ Kathryn Hinton
                                           Kathryn J. Hinton
                                           GA Bar No. 542930